AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

ALVIN PAULINO

Plaintiff

V.

UNITED STATES OF AMERICA and
FEDERAL BUREAU OF PRISONS and
L. HAMILTON (counselor)

Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08 0823

**FILED**
MAY 13 2008
Clerk, U.S. District and
Bankruptcy Courts

I, ALVIN PAULINO #28252-034 declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration FCI Texarkana Low P.O. Box 7000 Texarkana 75505-7000

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      Gabbert and Jones KS. Take home $2,000.00 weekly last worked in 1995, now disable

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No
   f. Any other sources                                ☐ Yes   ☒ No

   **RECEIVED**
   APR 29 2008
   Clerk, U.S. District and
   Bankruptcy Courts

   If the answer to any of the above is "Yes" describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   My family member sends me $300.00 monthly

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount.  ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   None

I declare under penalty of perjury that the above information is true and correct.

___4-15-08___                    _[signature]_
     Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 28252034 | Current Institution: | Texarkana FCI |
| Inmate Name: | PAULINO, ALVIN | Housing Unit: | TEX-D-B |
| Report Date: | 04/10/2008 | Living Quarters: | D02-006L |
| Report Time: | 7:13:38 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TEX | 4/9/2008 5:24:31 PM | 85 | | | Sales | ($218.15) | | $48.98 |
| TEX | 4/2/2008 5:48:43 PM | 96 | | | Sales | ($62.38) | | $267.13 |
| TEX | 3/21/2008 4:07:53 PM | 33312508 | | | Western Union | $300.00 | | $329.51 |
| TEX | 3/20/2008 4:56:33 PM | 58 | | | Sales | ($158.05) | | $29.51 |
| TEX | 3/13/2008 5:35:09 PM | 88 | | | Sales | ($123.45) | | $187.56 |
| TEX | 3/6/2008 5:05:32 PM | 71 | | | Sales | ($51.30) | | $311.01 |
| TEX | 3/5/2008 5:09:42 PM | 33311308 | | | Western Union | $300.00 | | $362.31 |
| TEX | 2/28/2008 5:20:42 PM | 78 | | | Sales | ($72.85) | | $62.31 |
| TEX | 2/26/2008 8:38:46 AM | HICP0208 | | | Inmate Co-pay | ($2.00) | | $135.16 |
| TEX | 2/22/2008 5:34:47 PM | 77 | | | Sales | ($1.35) | | $137.16 |
| TEX | 2/22/2008 5:30:17 PM | 76 | | | Sales | ($163.64) | | $138.51 |
| TEX | 2/14/2008 6:11:13 PM | 134 | | | Sales | ($13.30) | | $302.15 |
| TEX | 2/13/2008 7:10:52 PM | 33309808 | | | Western Union | $300.00 | | $315.45 |
| TEX | 2/7/2008 11:29:09 AM | 27 | | | Sales | ($32.30) | | $15.45 |
| TEX | 1/31/2008 12:12:32 PM | 47 | | | Sales | ($49.70) | | $47.75 |
| TEX | 1/25/2008 11:25:13 AM | 30 | | | Sales | ($95.75) | | $97.45 |
| TEX | 1/17/2008 11:04:07 AM | 13 | | | Sales | ($154.75) | | $193.20 |
| TEX | 1/14/2008 5:13:14 PM | 33307608 | | | Western Union | $300.00 | | $347.95 |
| TEX | 1/10/2008 11:26:10 AM | 22 | | | Sales | ($56.38) | | $47.95 |
| TEX | 1/8/2008 9:59:53 AM | HICP0108 | | | Inmate Co-pay | ($2.00) | | $104.33 |
| TEX | 1/4/2008 5:44:15 PM | 82 | | | Sales | ($35.50) | | $106.33 |
| TEX | 12/27/2007 11:58:20 AM | 52 | | | Sales | ($144.60) | | $141.83 |
| TEX | 12/19/2007 11:20:18 AM | 21 | | | Sales | ($83.95) | | $286.43 |
| TEX | 12/18/2007 6:13:18 PM | 33305708 | | | Western Union | $300.00 | | $370.38 |
| TEX | 12/12/2007 6:00:49 PM | 90 | | | Sales | ($191.95) | | $70.38 |
| TEX | 12/12/2007 5:55:46 PM | 47 | | | Sales | $0.00 | | $262.33 |
| TEX | 12/5/2007 12:29:05 PM | 49 | | | Sales | ($48.48) | | $262.33 |
| TEX | 12/1/2007 12:14:15 PM | 33304508 | | | Western Union | $300.00 | | $310.81 |
| TEX | 11/28/2007 12:21:25 PM | 59 | | | Sales | ($26.95) | | $10.81 |
| TEX | 11/20/2007 11:55:26 AM | 45 | | | Sales | ($19.70) | | $37.76 |
| TEX | 11/15/2007 5:49:58 PM | 78 | | | Sales | ($78.95) | | $57.46 |
| TEX | 11/7/2007 12:05:09 PM | 38 | | | Sales | ($5.70) | | $136.41 |
| TEX | 11/7/2007 11:48:40 AM | 33 | | | Sales | ($218.73) | | $142.11 |

08 0823
FILED MAY 13 2008
Clerk, U.S. District and Bankruptcy Courts

| | | | | | | |
|---|---|---|---|---|---|---|
| TEX | 11/3/2007 11:09:56 AM | 33302508 | Western Union | $300.00 | | $360.84 |
| TEX | 10/31/2007 11:41:33 AM | 27 | Sales | ($38.50) | | $60.84 |
| TEX | 10/24/2007 11:32:25 AM | 27 | Sales | ($82.73) | | $99.34 |
| TEX | 10/17/2007 11:46:51 AM | 36 | Sales | ($128.55) | | $182.07 |
| TEX | 10/12/2007 1:07:25 PM | 33301008 | Western Union | $300.00 | | $310.62 |
| TEX | 10/9/2007 12:21:47 PM | 47 | Sales | ($120.81) | | $10.62 |
| TEX | 10/9/2007 10:36:09 AM | 70193104 | Lockbox - CD | $131.43 | | $131.43 |
| TEX | 8/8/2007 3:27:02 AM | TX080807 | Transfer - In from TRUFACS | $0.00 | | $0.00 |

1

Total Transactions: 41

Totals: $48.98    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TEX | $48.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.98 |
| Totals: | $48.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.98 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,400.00 | $2,361.64 | $176.44 | $329.51 | $259.53 | N/A | N/A |