**FILED**
MAY 1 3 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alvin A. Paulino, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 08 0823 |
| The United States *et al.*, | ) ) ) ) |
| Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Federal Correctional Institution at Texarkana, Texas. He brings this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, and under 42 U.S.C. § 1983. Plaintiff alleges that he was wrongfully denied necessary medical treatment and subsequently denied an opportunity to seek administrative remedies to this adverse decision. These alleged wrongs occurred at the Federal Correctional Institution in Texarkana, Texas. Thus, venue does not lie properly in this district for litigating these claims. See 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred); 28 U.S.C. § 1402(b) (FTCA venue is proper "only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where plaintiff is currently confined and where venue is proper. Accordingly, it is this 30th day of April 2008,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED

to the United States District Court for the Eastern District of Texas. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Royce C. Lamberth<br>
United States District Judge